IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RECARDO G. TURNER,

        Plaintiff,                    No. 2:10-cv-0554-MCE-JFM (PC)

    vs.

YOLO COUNTY SHERIFF DEPT.,
et al.,

        Defendants.            <u>ORDER</u>
                                  /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On July 21, 2010, the undersigned filed findings and recommendations herein recommending dismissal of the action due to plaintiff's failure to file an amended complaint. The findings and recommendations were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. On August 5, 2010, plaintiff filed a document which, though styled as an appeal, is properly construed as objections to the findings and recommendations. Plaintiff's objections are not, however, accompanied by a proposed amended complaint.

/////

1

Good cause appearing, IT IS HEREBY ORDERED that the July 21, 2010 findings and recommendations are held in abeyance for a period of thirty days during which time plaintiff may submit a proposed amended complaint in accordance with this court's May 20, 2010 order..  Plaintiff is cautioned that failure to submit a proposed amended complaint during that thirty day period will result in submission of the July 21, 2010 findings and recommendations to the district court.

DATED: August 30, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
turn0554.ext