IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RECARDO G. TURNER,

    Plaintiff,                            No. 2:10-cv-0554 MCE JFM (PC)

    vs.

YOLO COUNTY SHERIFF DEPT., et al.,

    Defendants.                   <u>ORDER</u>

/

        On July 27, 2011, plaintiff filed a document styled "Notice of Motion for a Ruling, Screening, and U.S. Marshall [sic] Service and Confirmation and Further Request "Order" to"Show Cause"on Complaint in Question."  This civil rights action was dismissed without prejudice on October 21, 2010 due to plaintiff's failure to file an amended complaint.[1]  Judgment was entered on the same day.  Plaintiff's appeal from the judgment is pending before the United States Court of Appeals for the Ninth Circuit.  Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure at this stage of these proceedings.

/////

---

[1] Plaintiff has never filed an amended complaint in this action.

1

1   For the foregoing reasons, IT IS HEREBY ORDERED that plaintiff's July 27,
2   2011 motion is denied.
3   DATED: September 13, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12
turn0554.58